UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SIDNEY BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>HSBC CARD SERVICES INC.,<br><br>    Defendant. | 2:08-cv-01790-LRH-LRL<br><br>MINUTE ORDER<br><br>July 23, 2009 |

PRESENT: THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: ROSEMARIE MILLER         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):         NONE APPEARING

COUNSEL FOR DEFENDANT(S):         NONE APPEARING

MINUTE ORDER IN CHAMBERS:

    Before the court is Plaintiff's Motion for Default Judgment (#11[1]).  The Clerk's entry of default having been set aside by order of the court (#24) on July 16, 2009, Plaintiff's Motion for Default Judgment (#11) is denied as moot.

                LANCE S. WILSON, CLERK

                By:     /s/
                          Deputy Clerk

---

[1] Refers to court's docket number.